

FILED
JAN 23 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2016
JANUARY 23, 2018 SESSION

UNITED STATES OF AMERICA

v.                     CRIMINAL NO. 2:18-cr-00007

                                     29 U.S.C. § 501(c)

JOAN MATTHEWS

## I N D I C T M E N T

**(Embezzlement and Theft of Labor Union Assets)**

The Grand Jury Charges:

1. At all relevant times to this Indictment, the Charleston Building and Construction Trades Council (hereinafter "CBCTC") was a labor organization as defined in Section 3(i) and (j) of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, et seq., and was engaged in an industry affecting interstate commerce.

2. Between January 2003 and September 2014, CBCTC employed defendant JOAN MATTHEWS as a bookkeeper.

3. Between on or about January 1, 2010, and continuing through on or about September 18, 2014, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant JOAN MATTHEWS, while employed by the CBCTC, did willfully, and with fraudulent intent,

embezzle, steal, and unlawfully convert to her personal use, monies, funds, property, and other assets of the CBCTC, in the approximate amount of $183,667.11.

In violation of Title 29, United States Code, Section 501(c).

                              MICHAEL B. STUART
                              United States Attorney

By: _____
     ERIK S. GOES
     Assistant United States Attorney